UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br>JAVA DEPOT, INC., *et al.*,<br><br>               Defendants. | Civil No. 06CV1871-L(JMA)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

On November 11, 2006, Defendants Java Depot, Inc. and Buttonwood Investment Group, L.P. filed a Request for Order Approving Substitution of Attorneys. This document is rejected and stricken from the record because the signature of David W. Peters, Esq. is missing. (Electronic Case Filing Administrative Policies and Procedures Manual § 2(f).) The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Request for Order Approving Substitution of Attorneys filed November 11, 2006 (docket no. 6).

**IT IS SO ORDERED**.

DATED: November 29, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06c1871